1    ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
2    93 S. Chestnut Street, Suite 208
Ventura, California 93001
3    Telephone:  (805) 653-7937
Facsimile: (805) 653-7225
4    E-Mail: andrewtkoenig@hotmail.com

5    Attorney for Plaintiff Joseph Olivarez

6

7

8                  UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
9                       WESTERN DIVISION

10

11    JOSEPH OLIVAREZ,           )   CASE NO. CV 15-1316-DSF(KS)
                               )
12        Plaintiff,            )   ORDER
                               )   AWARDING ATTORNEY'S
                               )   FEES PURSUANT
13           v.                  )   TO THE EQUAL ACCESS TO
                               )   JUSTICE ACT
14    CAROLYN W. COLVIN,      )
ACTING COMMISSIONER OF SOCIAL )
15    SECURITY,                )
                               )
16        Defendant.         )
                               )
17 ———————————————————)

18       Based upon the parties' Stipulation for Award of Fees under the Equal

19 Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded

20 attorney fees under the Equal Access to Justice Act in the amount of SIX-

21 THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($6,500.00),  as

22 authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

23 Dated:  June 21, 2016

24                 /s/_____

25                UNITED STATES MAGISTRATE JUDGE

26

27

28